IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SILAS KEYS, Individually and for Others Similarly Situated, | § § § | Case No. 1:25-cv-386 |
| v. | § § | |
| KOKODAK CORP. | § § | FLSA Collective Action |

## **DEFENDANT'S ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:

Now comes Defendant KOKODAK CORP. and in response to Plaintiff's Collective Action Complaint, submits this its Original Answer, and after denying each, all and singular, and generally, every allegation contained within the Collective Action Complaint, responds as follows to the allegations:

1. Denied.

2. Denied.

3. Defendant admits the purported nature of this cause of action, but denies that Plaintiff is entitled to any recovery.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted as to his hiring until March 1, 2024, when he became a manager.

8.      Admitted.

9.      Admitted.

10.     Admitted only as to Plaintiff's intent in bringing this action.

11.     Admitted only as to Plaintiff's intent in bringing this action.

12.     Admitted.

13.     Admitted.

14.     Admitted.

15.     Admitted.

16.     Admitted.

17.     Admitted.

18.     Admitted.

19.     Admitted.

20.     Admitted.

21.     Admitted.

22.     Admitted, although he may not have reported them all accurately.

23.     Defendant admits that Plaintiff was not paid a salary until he was promoted to manager on March 1, 2024.  He was promised that he would be paid a minimum of $13/hr.

24.     Admitted.

25.     Denied.  Plaintiff occasionally worked more than 40 hrs./week.

26.    Denied.  Plaintiff routinely worked 4 10 hour shifts per workweek, but he was given 1 hour off as a meal break each shift.

27.    Denied. Plaintiff, like the other cashiers, was paid $3 per hour plus his share of cash and credit card tips, but was guaranteed $13/hour worked if the tips were insufficient to raise his pay to that level.  He routinely made more than $13/hr.

28.    Admitted that generally workers' work hours are reflected on Defendant's records, but they  may not be 100 % complete.

29.    Denied.  See Answer to para. 27.

30.    Denied.

31.    Admitted.

32.    Denied.

33.    Denied.

34.    Denied.

35.    Denied.  There were no Straight Time Workers as defined by Plaintiff.

36.    Denied.

37.    Admitted as to the fact that these are Plaintiff's allegations.

38.    Denied.

39.    Denied.

40.    After Plaintiff became a manager, he was not entitled to overtime.

41.  Denied as to the allegations that Defendant committed any illegal pay practices.

42.  Denied.

43.  Denied as to the allegation that any employees were not properly compensated.

44.  Denied.

45.  Denied.  See Answers to paras. 27 and 29.

46.  Denied.

47.  Admitted, although other factors indicate collective treatment is inappropriate.

48.  Defendant is without sufficient information to admit or deny the allegations in para. 48.

49.  Defendant denies that it owes damages to any employee.

50.  Denied.

51.  Defendant admits that Plaintiff demands a jury trial.

52.  Defendant admits that Plaintiff asks for various measures of relief, but denies that he is entitled to any.

## **PRAYER**

FOR THESE REASONS, Defendant KOKODAK CORP. respectfully prays that all claims for relief of Plaintiff SILAS KEYS, Individually and for Others

Similarly Situated, be denied; and that it be awarded attorney's fees, costs, and such other further relief as may be equitable and just.

Respectfully submitted,

GRAY BECKER, P.C.
900 West Avenue
Austin, Texas 78701
Tel: (512) 482-0061
Fax: (512) 482-0924

By: _Douglas M. Becker_
Douglas M. Becker
State Bar No. 02012900
doug.becker.@graybecker.com
**Attorney for Defendant/Counter-Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 8, 2025, to the following counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system:

Carl A. Fitz
Fitz Law PLLC
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
carl@fitz.legal

_Douglas M. Becker_
Douglas M. Becker

5